IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ENRIQUE PEREZ CRUZ,

        Plaintiff,

vs.

                                      NO.9:26-CV-00135-MJT-ZJH

KRISTI NOEM, KIKA SCOTT, WALLACE CARROLL, TODD LYONS,

        Defendants.

## ORDER SETTING TELEPHONIC HEARING

This case is assigned to the Honorable Michael J. Truncale, United States District Judge. On March 2, 2026, Judge Truncale referred this case to the undersigned United States Magistrate Judge for pretrial management.  Doc. No. 4.  Pending before the court is Plaintiff Enrique Perez Cruz's ("Cruz") *Emergency Motion for Temporary Restraining Order*.  Doc. No. 6.

It is **ORDERED** that a telephonic hearing regarding the *Emergency Motion for Temporary Restraining Order* (Doc. No. 6) is set before the undersigned for **Monday, March 23, 2026, at 3:30 p.m**.  Dial-in instructions will be provided to Cruz, as Defendants have not yet appeared in this action.  Cruz is further **ORDERED** to promptly provide notice of this hearing, including the dial-in instructions, to all Defendants.

All communications concerning this hearing shall be directed to the Law Clerk for Judge Hawthorn, currently Charlie Shanker.  Mr. Shanker may be contacted at (409) 654-2817 or at his email address: Charlie_Shanker@txed.uscourts.gov.

SIGNED this 20th day of March, 2026.

_____
Zack Hawthorn
United States Magistrate Judge