IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ENRIQUE PEREZ CRUZ,

    Plaintiff,

vs.                  NO.9:26-CV-00135-MJT-ZJH

KRISTI NOEM, KIKA SCOTT, WALLACE
CARROLL, TODD LYONS,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

    This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and is referred to the undersigned for pretrial management.  Doc. No. 4.  Pending before the court is Defendants Kristi Noem, Kika Scott, Wallace Carroll, and Todd Lyons' *Unopposed Application for Extension of Time to Answer Complaint*.  Doc. No. 12.  The motion is unopposed.

    It is, therefore, **ORDERED** that the Defendants' *Unopposed Application for Extension of Time* (Doc. No. 12) is **GRANTED**.  Accordingly, Defendants' new deadline to respond to Plaintiff Enrique Perez Cruz's *Complaint* (Doc. No. 1) is June 25, 2026.  Doc. No. 12.

    SIGNED this 11th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge