IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ENRIQUE PEREZ CRUZ, | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | NO.  9:26-CV-00135-MJT-ZJH |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| KRISTI NOEM, KIKA SCOTT, WALLACE | § | |
| CARROLL, TODD LYONS, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## ORDER ACKNOWLEDGING DISMISSAL

Pending before the Court is the Plaintiff Enrique Perez Cruz's ("Cruz") *Notice of Voluntary Dismissal* [Dkt. 16].  Under Rule 41, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  FED. R. CIV. P. 41 (a)(1)(A)(i).  Defendants Kristi Noem, Kika Scott, Wallace Carroll, and Todd Lyons have not filed an answer or a motion for summary judgement in this case.

It is, therefore, ORDERED that Cruz's *Notice of Voluntary Dismissal* [Dkt. 16] is ACCEPTED.  Accordingly, the above case is DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court.  The court retains jurisdiction to enforce any settlement.  The Clerk of Court is directed to close the case and deny all pending motions as moot.

THIS IS A FINAL JUDGMENT.

**SIGNED this 8th day of July, 2026.**

_____
Michael J. Truncale
United States District Judge